**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Civil Action No. 5:10-cr-00028-1** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ANDREA CHARLTON,** | ) | **By:    Hon. Michael F. Urbanski** |
|         **Petitioner.** | ) | **United States District Judge** |

In accordance with the accompanying Memorandum Opinion entered this day, it is

hereby

**ORDERED**

that petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is

**DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the

active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to petitioner and counsel of record for the United States.

Entered:  November 2, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge