IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Civil Action No. 5:10-cr-00028-4 | |
| | ) | | |
| v. | ) | **ORDER** | |
| | ) | | |
| **RAUL TRONCO-RAMIREZ,** | ) | By: | Hon. Michael F. Urbanski |
|     Petitioner. | ) | | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for the United States.

      Entered: May 21, 2013

      */s/ Michael F. Urbanski*

      Michael F. Urbanski
      United States District Judge